UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN THE MATTER OF THE UNSEALING OF SIX SEARCH WARRANTS IN THE MATTER OF UNITED STATES V. KEILY MEJIA VELORIO | : : : | Hon. Leda Dunn Wettre, U.S.M.J. Mag. No. 20-12013 UNSEALING ORDER |

This matter having come before the Court upon the application of Craig Carpenito, United States Attorney for the District of New Jersey (by Shawn P. Barnes, Assistant United States Attorney), for an order unsealing the following search warrants, applications and affidavits:

1. Mag. No. 19-35002, which was signed by the Honorable Edward S. Kiel, United States Magistrate Judge for the District of New Jersey on December 6, 2019 and authorized the collection of location information for Cellular Telephone (603) 233-5472;

2. Mag. No. 19-7542, which was signed by the Honorable Cathy L. Waldor, United States Magistrate Judge for the District of New Jersey on December 17, 2019 and authorized the collection of location information for Cellular Telephone (646) 575-4608; and

3. Mag. No. 20-9051, which was signed by the Honorable Cathy L. Waldor, United States Magistrate Judge for the District of New Jersey on February 7, 2020 and authorized the collection of location information for Cellular Telephone (978) 802-9632.

And for good cause shown,

**IT IS** on this 25th day of February, 2020,

**ORDERED THAT** the above-referenced search warrants, the applications, and the affidavits in support thereof, be, and hereby are, unsealed.

HONORABLE LEDA DUNN WETTRE
United States Magistrate Judge